IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAFAYETTE ANTWONE SMITH,

    Plaintiff,                           No. CIV S-09-2680 FCD GGH P

    vs.

G. SALAS, et al.,

    Defendants.                   ORDER

                                    /

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's motion for the appointment of counsel will therefore be denied.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's October 12, 2010 motion for the appointment of counsel (Docket No. 26) is denied.

DATED: November 1, 2010

                                            /s/ Gregory G. Hollows
                                          UNITED STATES MAGISTRATE JUDGE

GGH:009/mp - smit2680.31